

**MEMO ENDORSED**

May 4, 2021

Hon. Ona T. Wang
United Stated District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

> Application GRANTED. The May 11, 2021 ICMC is hereby adjourned to July 13, 2021 at 3:30 pm. See ECF 11 for instructions. ECF 12 resolved. SO ORDERED.
>
> /s/ Ona T. Wang    May 7, 2021
> U.S.M.J.

RE:    LOPEZ V. ONE MORE THAI CORP, et al.
        **DOCKET NO. 1:21-cv-03120-OTW**

Dear Magistrate Judge Wang:

    The undersigned represents Samuel Lopez, the plaintiff in the above-referenced matter. I write to respectfully request an adjournment of the May 11, 2021 Initial Pretrial Conference. This is the first request for an adjournment.

    To date, defendants have not yet appeared, answered, or otherwise moved. However, on April 30, 2021, I was contacted by Utica First Insurance Carrier advising me that they have been placed on notice of the matter and are in the process of determining whether the insured is covered under their policy. Accordingly, I respectfully request that this Court adjourn the May 11th conference for sixty (60) days for Utica to assign counsel or for defendants to seek alternative counsel.

    Thank you for your time and consideration on this matter.

                                                              Respectfully,

                                                             Gabriel A. Levy