# HALSBAND LAW OFFICES
ATTORNEYS AT LAW
COURT PLAZA SOUTH
21 MAIN STREET, EAST WING
THIRD FLOOR, SUITE 304
HACKENSACK, NEW JERSEY 07601
T. 201.487.6249; F. 201.487.3176
Email: **david@halsbandlaw.com**

On the Web: www.halsbandlaw.com

DAVID S. HALSBANDJYOTI M. HALSBAND
ADMITTED TO NJ, NY & MA BARSADMITTED TO NJ & NY BARS

July 6, 2021

**MEMO ENDORSED**

<u>Via ECF</u>

Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Lopez v. One More Thai Corp. et al.
         Civil Action No. 1:21-cv-03120-PGG-OTW

Dear Judge Wang:

I have recently been retained to represent the Defendants in this case. Plaintiff's counsel and I have conferred and began to discuss settlement. For this reason and due to my recently being retained, I respectfully request that the Rule 16 Conference scheduled for July 13, 2021 at 3:30 p.m. be adjourned for at least 30 days. This will give Plaintiff's counsel and I more time to discuss settlement. For rescheduling purposes, I plan to be away from August 16 through 20 and respectfully request the conference not be rescheduled during that time. Plaintiff's counsel consents to this request. This is the first request by Defendants for an adjournment.

In addition, I respectfully request an extension to file a responsive pleading until August 27, 2021. Plaintiff's counsel consents to this request as well. This is the first request Defendants have made to the court for an extension, but I note that Plaintiff's counsel has been very courteous in giving me time to finalize my representation.

Respectfully,

s/David S. Halsband
David S. Halsband

cc:   Gabriel Levy, Esq.
        Counsel for Plaintiff

> Defendant's responsive pleadings are due August 27, 2021. Initial case management conference is rescheduled to September 9, 2021 at 3:30pm. Parties are directed to submit their proposed case management plan one week before the initial conference, by Thursday, September 2, 2021. Parties are directed to refer to ECF 11 for further instructions. The Clerk of Court is directed to close ECF 15.
> **SO ORDERED.**
>
> _____
> **Ona T. Wang**07/09/2021
> United States Magistrate Judge